```
                       UNITED STATES BANKRUPTCY COURT
                         Middle District of North Carolina

IN RE:
    ALLEN LEE JONES                              CASE NO. 07-81356
    KATHRYN RICH JONES                           JUDGE William L. Stocks
    2518 WEST WILSON STREET
    DURHAM NC
                                  27705         DATE: 04/08/08
        Debtor(s)


---SSN(1)XXX-XX-7835 SSN(2)XXX-XX-6150-------------------------------------

                         REPORT OF FILED CLAIMS
---------------------------------------------------------------------------


     Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs  of claim
filed in this case and objected to the allowance of such claims as  appeared  to
be improper except where no purpose would have been served  by  such  objection.
After such examination and objections, if any, the trustee  states  that  claims
should be deemed allowed or "not filed" as indicated below.



---------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
---------------------------------------------------------------------------
AARON NASH & H TUCKER DEWEY                  .00    NOTICES ONLY
HALE DEWEY & KNIGHT PLLC            INT:    .00%    NOT FILED
88 UNION AVE STE 700                      310779    ACCT:
MEMPHIS TN                     38103-0000    0036   COMM:
---------------------------------------------------------------------------
ABSOLUTE COLLECTIONS                         .00    Unsecured
421 FAYETTEVILLE ST MALL #600       INT:    .00%    NOT FILED
RALEIGH NC                                122962    ACCT:A19471904
                               27601-0000    0009   COMM:SEE NOTES
---------------------------------------------------------------------------
ACCOUNT PORTFOLIO MANAGEMENT           12,759.50    Unsecured
ASIGNE JEFFERSON CAPITAL SYSTM      INT:    .00%
P O BOX 23051                             291969    ACCT:8901,2609-2958-25
COLUMBUS GA                    31902-3051    0040   COMM:CITIBANK
---------------------------------------------------------------------------
ANCHOR RECEIVABLES MANAGEMENT                .00    Unsecured
P O BOX 4115 DEPT 606               INT:    .00%    NOT FILED
CONCORD CA                                502737    ACCT:4264-2939-9990-3812
                               94524-0000    0010   COMM:SEE CL #41
---------------------------------------------------------------------------
B-REAL LLC                             18,343.43    Unsecured
MS 550                              INT:    .00%
P O BOX 91121                             223866    ACCT:2253
SEATTLE WA                     98111-9221    0011   COMM:
---------------------------------------------------------------------------
BANK ONE                                     .00    Unsecured
P O BOX 8650                        INT:    .00%    NOT FILED
WILMINGTON DE                             054427    ACCT:4266-5037-1164-6970
                               19899-8650    0013   COMM:SEE NOTES
---------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR           AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
BANKCARD SERVICES                         .00    Unsecured
P O BOX 15021                       INT:   .00%  NOT FILED
WILMINGTON DE                          125217    ACCT:5490-9978-5908-5105
                           19850-5021    0014    COMM:SEE NOTES
------------------------------------------------------------------------------
CACH LLC                                  .00    Unsecured
370 17TH STREET SUITE 5000          INT:   .00%  NOT FILED
DENVER CO                              112731    ACCT:13140226050701290
                           80202-0000    0015    COMM:SEE NOTES
------------------------------------------------------------------------------
CAPITAL ONE BANK                     7,978.73    Unsecured
% TSYS DEBT MANAGEMENT              INT:   .00%
P O BOX 5155                           110808    ACCT:52-TDM-5203-2095-578
NORCROSS GA                30091-0000    0012    COMM:B0000000 7714725NCM2
------------------------------------------------------------------------------
CAPITAL ONE BANK                     3,126.73    Unsecured
% TSYS DEBT MANAGEMENT              INT:   .00%
P O BOX 5155                           110808    ACCT:51-TDM-5216-5457-785
NORCROSS GA                30091-0000    0016    COMM:B0000000-7714854NCM2
------------------------------------------------------------------------------
CCB                                       .00    Unsecured
P O BOX 15026                       INT:   .00%  NOT FILED
WILMINGTON DE                          084791    ACCT:4264-2981-4503-9130
                           19850-0000    0017    COMM:SEE NOTES
------------------------------------------------------------------------------
CHASE                                     .00    Unsecured
P O BOX 659409                      INT:   .00%  NOT FILED
SAN ANTONIO TX                         341274    ACCT:
                           78217-0000    0018    COMM:SEE NOTES
------------------------------------------------------------------------------
CITI CARDS                                .00    Unsecured
P O BOX 6077                        INT:   .00%  NOT FILED
SIOUX FALLS SD                         051436    ACCT:5491-1303-0006-0472
                           57117-6077    0019    COMM:SEE NOTES
------------------------------------------------------------------------------
CREDIT BUREAU                             .00    NOTICES ONLY
P O BOX 26140                       INT:   .00%  NOT FILED
GREENSBORO NC                          116929    ACCT:
                           27402-0000    0035    COMM:
------------------------------------------------------------------------------
CREDIT BUREAU OF GREENSBORO               .00    NOTICES ONLY
P O BOX 26140                       INT:   .00%  NOT FILED
GREENSBORO NC                          086884    ACCT:
                           27402-0000    0020    COMM:
------------------------------------------------------------------------------
CREDITOR LISTED IN ERROR                  .00    Unsecured
                                    INT:   .00%  NOT FILED
                                       777777    ACCT:
                                         0043    COMM:ADDED IN ERROR
------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
CRESCENT RECOVERY LLC                   4,322.68    Unsecured
510 INDEPENDENCE PKWY STE 300         INT:   .00%
CHESAPEAKE VA                              068947   ACCT:1137
                                 23320-0000   0044  COMM:
------------------------------------------------------------------------------
CRESCENT RECOVERY LLC                        .00    NOTICES ONLY
P O BOX 1097                          INT:   .00%   NOT FILED
CHESAPEAKE VA                              143954   ACCT:
                                 23327-0000   0045  COMM:
------------------------------------------------------------------------------
DAIMLERCHRYSLER                         5,143.47    VEHICLE
TRUSTEE PAYMENT DEPT 100301           INT:  9.50%
P O BOX 55000                              155511   ACCT:1003103218
DETROIT MI                       48255-1003   0001  COMM:02 DODGE STRATUS
------------------------------------------------------------------------------
DISCOVER BANK                           9,770.74    Unsecured
DISCOVER FINANCIAL SERVICES           INT:   .00%
P O BOX 3025                               169431   ACCT:7371
NEW ALBANY OH                    43054-3025   0002  COMM:ORDERED 02/29/08
------------------------------------------------------------------------------
DONALD S BURAK ESQ                           .00    Unsecured
FOUR GREENWOOD SQUARE STE 220         INT:   .00%   NOT FILED
3325 STREET ROAD                           240724   ACCT:207075
BENSALEM PA                      19020-0000   0026  COMM:SEE NOTES
------------------------------------------------------------------------------
DUKE UNIVERSITY HEALTH SYSTEM           4,124.23    Special
4101 N ROXBORO RD                     INT:  8.00%
DURHAM NC                                  053061   ACCT:E98959
                                 27704-0000   0021  COMM:PAY IN FULL
------------------------------------------------------------------------------
DURHAM CITY/COUNTY TAX COLLECT               .00    NOTICES ONLY
P O BOX 3397                          INT:   .00%   NOT FILED
DURHAM NC                                  080868   ACCT:
                                 27701-0000   0004  COMM:
------------------------------------------------------------------------------
DURHAM CITY/COUNTY TAX OFFICE            900.00     Secured
200 E MAIN STREET 1ST FLOOR           INT:  9.00%
P O BOX 3397                               010288   ACCT:8239-152
DURHAM NC                        27702-0000   0042  COMM:07 REAL PROPERTY TAX
------------------------------------------------------------------------------
DURHAM COUNTY REGISTER OF DEED            28.00     Special Cost Item
COUNTY JUDICIAL BUILDING              INT:   .00%
DURHAM NC                                  012700   ACCT:
                                 27702-0000   0039  COMM:RECORD NOTICE
------------------------------------------------------------------------------
EMPLOYMENT SECURITY COMMISSION               .00    NOTICES ONLY
ATTN BENEFIT PAYMENT CONTROL          INT:   .00%   NOT FILED
P O BOX 26504                              406559   ACCT:
RALEIGH NC                       27611-6504   0022  COMM:
------------------------------------------------------------------------------
```

```
----------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
----------------------------------------------------------------------------
FINANCIAL ASSEST MANGT SYSTEMS               .00    Unsecured
P O BOX 926050                         INT:  .00%   NOT FILED
NORCROSS GA                                052285   ACCT:37169852
                          30010-6050       0024     COMM:SEE NOTES
----------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                     .00    NOTICES ONLY
P O BOX 21126                          INT:  .00%   NOT FILED
PHILADELPHIA PA                            010052   ACCT:
                          19114-0000       0005     COMM:
----------------------------------------------------------------------------
JEFFERSON CAPITAL SYSTEMS LLC          22,200.28    Unsecured
FOURSCORE RESOURCE CAPITAL LLC         INT:  .00%
P O BOX 23051                              504099   ACCT:3812,2609-2859-08
COLUMBUS GA               31902-3051       0041     COMM:MARYLAND NATIONAL BA
----------------------------------------------------------------------------
JEFFERSON CAPITAL SYSTM LLC             3,058.88    Unsecured
MID LND CREDT MNGT ASPIRE VISA         INT:  .00%
P O BOX 23051                              252990   ACCT:3071,2606,0890,44
COLUMBUS GA               31902-3051       0027     COMM:
----------------------------------------------------------------------------
LL BEAN                                      .00    Unsecured
P O BOX 15026                          INT:  .00%   NOT FILED
WILMINGTON DE                              280868   ACCT:4264-2931-4605-8197
                          19886-5137       0025     COMM:SEE NOTES
----------------------------------------------------------------------------
MITCHELL EYSTER & WARNER PA                  .00    Unsecured
P O BOX 13376                          INT:  .00%   NOT FILED
DURHAM NC                                  148851   ACCT:
                          27709-3376       0028     COMM:SEE NOTES
----------------------------------------------------------------------------
NC CHILD SUPPORT                             .00    NOTICES ONLY
CENTRALIZED COLLECTIONS                INT:  .00%   NOT FILED
P O BOX 900006                             066666   ACCT:
RALEIGH NC                27675-9006       0003     COMM:
----------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
BANKRUPTCY UNIT/OFFC SERV DIV          INT:  .00%   NOT FILED
P O BOX 1168                               010055   ACCT:
RALEIGH NC                27602-1168       0006     COMM:
----------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
% NC DEPARTMENT OF JUSTICE             INT:  .00%   NOT FILED
P O BOX 629                                065002   ACCT:REP:NC DEPT OF REV
RALEIGH NC                27602-0629       0007     COMM:REP:NC DEPT OF REV
----------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
% REGINALD S HINTON                    INT:  .00%   NOT FILED
P O BOX 25000                              042496   ACCT:REP:NC DEPT OF REV
RALEIGH NC                27640-5000       0008     COMM:REP:NC DEPT OF REV
----------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
NC EMPLOYMENT SECURITY COMM                  .00    NOTICES ONLY
P O BOX 26504                        INT:   .00%   NOT FILED
RALEIGH NC                               053112    ACCT:
                                 27611-0000  0034   COMM:
------------------------------------------------------------------------------
PHILLIPS & COHEN ASSOCIATES                  .00    Unsecured
695 RANCOCAS ROAD                    INT:   .00%   NOT FILED
WESTAMPTON NJ                            280529    ACCT:2173355
                                 08060-0000  0029   COMM:SEE NOTES
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOCIATES           1,582.42    Unsecured
P O BOX 12914                        INT:   .00%
NORFOLK VA                               040562    ACCT:11500-4710-9527
                                 23541-0000  0037   COMM:SHERMAN ACQUISITION
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOCIATES                .00    NOTICES ONLY
P O BOX 41067                        INT:   .00%   NOT FILED
NORFOLK VA                               056572    ACCT:
                                 23541-1067  0038   COMM:
------------------------------------------------------------------------------
RMCB                                         .00    Unsecured
2269 S SAW MILL RIVER RD BLG 3       INT:   .00%   NOT FILED
ELMSFORD NY                              064299    ACCT:6264416857
                                 10523-0000  0030   COMM:SEE NOTES
------------------------------------------------------------------------------
SECURITY COLLECTION AGENCY                   .00    Unsecured
P O BOX 910                          INT:   .00%   NOT FILED
EDENTON NC                               075908    ACCT:
                                 27932-0910  0031   COMM:SEE NOTES
------------------------------------------------------------------------------
TRIANGLE ORTHOPAEDIC ASSOC PA                .00    Unsecured
P O BOX 300001                       INT:   .00%   NOT FILED
DURHAM NC                                285085    ACCT:001000035120
                                 27702-0000  0032   COMM:SEE NOTES
------------------------------------------------------------------------------
UNIFUND CCR PARTNERS                    3,239.60    Unsecured
% SESSOMS & ROGERS PA                INT:   .00%
P O BOX 52508                            246126    ACCT:5417-1124-1200-1637
DURHAM NC                        27717-0000  0023   COMM:JUDGMENT 06 CVD 5007
------------------------------------------------------------------------------
WYSE FINANCIAL SERVICES                      .00    Unsecured
3410 S GALENA ST #250                INT:   .00%   NOT FILED
DENVER CO                                131742    ACCT:1443472
                                 80231-0000  0033   COMM:SEE NOTES
------------------------------------------------------------------------------
TOTAL                                  96,578.69
------------------------------------------------------------------------------
JOHN T ORCUTT                           2,300.00    ATTORNEY
6616-203 SIX FORKS ROAD
RALEIGH NC
                                 27615-0000
------------------------------------------------------------------------------
```

```
                                    RICHARD M HUTSON II
                                    P O BOX 3613
                                    DURHAM NC
                                                27702-3613
```

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, US Bankruptcy Court
        101 S. Edgeworth Street
        PO Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

        OFFICE OF THE CHAPTER 13 TRUSTEE

Date: 04/08/2008        By: /S/ Brenda Nelms
        Clerk
        Chapter 13 Office
        PO Box 3613
        Durham, NC  27702-3613

cc:   Debtor(s)
     Attorney for Debtor(s)