UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Allen Jones And Kathryn Jones**
Case No.  07-81356
Chapter   13

Social Security No. xxx-xx-7835 and xxx-xx-6150
Address:2518 West Wilson St., Durham,  27705-

Debtors

**OBJECTION TO CLAIM**

**NOW COME** the Debtors above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully object to the proof of claim filed by the creditor DUKE UNIVERSITY HEALTH SYSTEM and dated October 2, 2007, for the following reasons:

The Proof of Claim discloses substantial personal medical information in violation of both Rule 9037 and HIPAA.

**WHEREFORE**, the Debtors pray that the Court enter an Order disallowing the  claim in its entirety .

Dated: February 23, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz
Edward Boltz
N.C. State Bar No. 23003
1738-D Hillandale Rd.,
Durham, N.C. 27705
(919) 847-9750

claimomd.wpt (rev. November 30, 2010)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Allen Jones And Kathryn Jones**

Social Security No. xxx-xx-7835 and xxx-xx-6150
Address:2518 West Wilson St., Durham,  27705-

Case No.  07-81356
Chapter   13

Debtors

**CERTIFICATE OF SERVICE**

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on February 23, 2011.  I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

DUKE UNIVERSITY HEALTH SYSTEM
**Attn: Managing Agent**
Attn:  Managing Agent
4101 North Roxboro Rd.
Durham, NC 27704-

U.S. Bankruptcy Administrator


Richard M. Hutson, II
Chapter 13 Trustee


/s Renee Nolte
Renee Nolte