UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Allen Jones And Kathryn Jones**

Case No. 07-81356
Chapter 13

Social Security No. xxx-xx-7835 and xxx-xx-6150
Address:2518 West Wilson St., Durham, 27705-

Debtors

### RESPONSE TO TRUSTEE'S MOTION TO MODIFY

**NOW COME** the Debtors above-named, through counsel, and respectfully request that the Chapter 13 Trustee's Motion to Modify be set for hearing.

Dated: February 23, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz
Edward Boltz
N.C. State Bar No. 23003
1738-D Hillandale Rd.,
Durham, N.C. 27705
(919) 847-9750

claimomd.wpt (rev. November 30, 2010)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Allen Jones And Kathryn Jones**

Case No. 07-81356
Chapter 13

Social Security No. xxx-xx-7835 and xxx-xx-6150
Address:2518 West Wilson St., Durham, 27705-

Debtors

**CERTIFICATE OF SERVICE**

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on February 23, 2011. I served copies of the foregoing **RESPONSE TO MOTION TO MODIFY** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

Richard M. Hutson, II
Chapter 13 Trustee

/s Renee Nolte
Renee Nolte