UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
Allen Jones & Kathryn Jones
Social Security No.:
xxx-xx-7835 and xxx-xx-6150
Address:
2518 West Wilson St., Durham, NC 27705-

Case No. 07-81356- -
Chapter 13

Debtors

**ORDER RESTRICTING ACCESS TO FILED DOCUMENT**

    **TO:** Chapter 13 Trustee

**ON MOTION** of the Debtors for an Order Restricting Access to Filed Document, and pursuant to Rule 9037(d) and for good cause shown, it is

**ORDERED** that the Clerk of Court shall disable public access to Proof of Claim # 21 filed by Duke University Health System on October 2, 2007, access to this Proof of Claim may still be provided by the Clerk of Court to Debtor, Debtor's attorney, the Trustee, and the Bankruptcy Administrator upon request.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

Allen Jones & Kathryn Jones

Social Security No.:
xxx-xx-7835 and xxx-xx-6150

Address:
2518 West Wilson St., Durham, NC 27705-

Case No. 07-81356- -
Chapter 13

Debtors

# LIST SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned Deputy Clerk served a copy of the **ORDER RESTRICTING ACCESS TO FILED DOCUMENT** entered _____ , by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their lst known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

| | |
|---|---|
| Richard M. Hutson, II<br>Chapter 13 Trustee<br>P.O. Box 3613<br>Durham, N.C. 27702-3613 | Edward C. Boltz<br>The Law Offices of John T. Orcutt<br>Attorney for Debtor<br>1738 Hillandale Road<br>Suite D<br>Durham, N.C. 27705 |
| DUKE UNIVERSITY HEALTH SYSTEM<br>Attn: Managing Agent<br>4101 North Roxboro Rd.<br>Durham, NC 27704 | Allen Jones & Kathryn Jones<br>2518 West Wilson St.<br>Durham, NC 27705- |