B 210A (Form 210A) (12/09)    194

# United States Bankruptcy Court

____Middle_____ District Of __North Carolina____

In re  **ALLEN JONES**            ,    Case No.  **07-81356**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **JEFFERSON CAPITAL SYSTEMS LLC** | **ACCOUNT PORTFOLIO MGMT LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**JEFFERSON CAPITAL SYSTEMS LLC**
**PO BOX 7999**
**SAINT CLOUD, MN 56302-9617**

Court Claim # (if known): **40**
Amount of Claim: **$12759.50**
Date Claim Filed: **9/2/2009**

Phone: **800-928-7314**
Last Four Digits of Acct #: **8901**

Phone: **-- EXT:**
Last Four Digits of Acct #: **8901**

Name and Address where transferee payments should be sent (if different from above):
**JEFFERSON CAPITAL SYSTEMS LLC**
**PO BOX 953185**
**ST LOUIS, MO 63195-3185**
Phone: **800-928-7314**
Last Four Digits of Acct #: **8901**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    **/s/ Amy Payment  (Manager)**          Date: **03/17/2011**
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# WAIVER OF NOTICE OF TRANSFER OF CLAIM

Account Portfolio Management, LLC and any of its subsidiaries ("Transferor") is a limited liability company under the laws of the State of Delaware, maintaining a place of business at 3325 Street Road, Suite 220, Bensalem, PA 19020. Transferor has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of the State of Georgia maintaining a place of business at 16 McLeland Road, St. Cloud, MN 56303. Said claims arise under consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing a Chapter 7 or 13 proceeding under the United States Bankruptcy Code.

Proof of Claims with respect to the Accounts may have been filed under any of the following names:

Account Portfolio Management, LLC

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim filed by the Transferee pursuant to Federal Rule of Bankruptcy Proceedings 3001 (e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

Account Portfolio Management, LLC, Transferor

By: _[signature]_

Title: Managing Member

Attest: _[signature]_

Title: Client Liason