UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: ) No. B-07-81356 C-13D
Allen Lee Jones )
Kathryn Rich Jones )
 )
  Debtor(s) )

## ORDER DISALLOWING CLAIMS

An objection was filed to the claim hereinafter listed. Notice and opportunity to be heard was given to the claimant and the claimant was required to file a written response with the Court on or before March 28, 2011. No written response having been filed, and the Court after considering the objection, finds that the objection filed should be allowed; therefore, it is

ORDERED that the objection is granted and the following claims are disallowed:

| Claim No. | Claimant | Amount of Claim |
|---|---|---|
| Trustee Claim No. 21<br>Court Claim No. 6 | Duke University Health System | $4,124.23 |

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-07-81356 C-13D**

Allen L. Jones
Kathryn R. Jones
2518 West Wilson Street
Durham, NC 27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Duke University Health System
Attn: Managing Agent
5213 S. Alston Avenue
Durham, NC 27713